IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LOUIS HOLLOWAY,

    Petitioner,                    No. CIV S-09-0922 MCE DAD P

    vs.

BEN CURRY[1],

    Respondent.                 ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 22, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to substitute warden Randy Grounds as the respondent for this action; and

---

[1] According to respondent's motion to dismiss, filed on November 22, 2010, Randy Grounds is the current warden of the Correctional Training Facility. Respondent's request that Randy Grounds we substituted as the respondent in this action shall be granted.

1

2. Petitioner shall show cause, within twenty-one days, why respondent's November 22, 2010 motion to dismiss should not be granted. Petitioner's failure to respond to this order may result in the imposition of sanctions, including the dismissal of this habeas action.

DATED: January 4, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
holl0922.osc